NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAY P. GINSBERG,**

*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

2020-2019

---

Petition for review of the Merit Systems Protection Board in No. AT-1221-19-0529-W-1.

---

**JUDGMENT**

---

JENNIFER DUKE ISAACS, Melville Johnson PC, Atlanta, GA, for petitioner.

ALBERT S. IAROSSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent. Also represented by CLAUDIA BURKE, JEFFREY B. CLARK, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 9, 2021</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court